# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| M.A.N.H., individually and as parent and next friend of his minor child, E.B.N.A.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. CV 5:23-cv-00372-JGB-KK<br><br>**ORDER** |

The Court, having reviewed the parties' Stipulation to Extend Time to Respond to Initial Complaint, Set Briefing Schedule on Defendant's Motion to Dismiss, and Exceed Word Limitation on Motion to Dismiss Briefing, and good cause appearing therefor, HEREBY ORDERS as follows:

1.  Defendant's deadline to respond to the Complaint is extended by two days, to June 28, 2023;

2.  Plaintiffs' opposition to Defendant's forthcoming motion to dismiss shall be due on July 26, 2023;

3.  Defendant's reply in support of its forthcoming motion to dismiss shall be due on August 9, 2023;

4.  The hearing on Defendant's forthcoming motion to dismiss is set for August 28, 2023, at 9:00 a.m.

5.  Defendant's memorandum of points and authorities in support of its forthcoming motion may exceed the L.R. 11-6 word limit but not exceed thirty-five (35) pages, and Plaintiffs' opposition to the motion to dismiss may be up to the same amount of pages as Defendant's opening memorandum.

Dated: June 28, 2023

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE