Geoffrey H. Yost (S.B. #159687)
gyost@omm.com
L. Nicole Allan (S.B. #323506)
nallan@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: 415-984-8724

Wendy Wylegala*
wwylegala@supportkind.org
**KIDS IN NEED OF DEFENSE**
252 West 37th Street, Floor 15
New York, NY 10018
Telephone: 646-970-2913

Attorneys for Plaintiffs
[*Admitted pro hac vice]

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| M.A.N.H., individually and as parent and next friend of his minor child, E.B.N.A.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. CV 5:23-cv-00372-JGB-KK<br><br>**STIPULATION FOR CONTINUANCE OF HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>[Proposed] Order<br><br>Hon. Jesus G. Bernal<br>United States District Judge |

1.  IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant, through their respective counsel of record, as follows:

1. On June 28, 2023, the Court granted the parties' Stipulation to Extend Time to Respond to Initial Complaint, Set Briefing Schedule on Defendant's Motion to Dismiss, and Exceed Word Limitation on Motion to Dismiss Briefing, setting the hearing for Defendant's Motion to Dismiss on August 28, 2023 at 9:00 a.m. ECF No. 39.

2. Plaintiffs' lead counsel, Mr. Yost, who, together with Ms. Allan, will be arguing the Motion to Dismiss, is not available on August 28, 2023.

3. Subject to the Court's approval, the parties agree that the hearing should be postponed until September 18, 2023.  The parties submit that good cause exists for the Court's granting of this request.  Given that Defendant's motion raises complex sovereign-immunity arguments and challenges each of Plaintiffs' four claims for relief, the Court would benefit from having Plaintiffs' chosen counsel present at any hearing of this motion to answer any questions.

4. The Parties do not request an extension of the briefing schedule as allowed under Local Rule 7-11 at this time.  Therefore, Plaintiffs will file their opposition by July 26, 2023, and Defendant will file its reply by August 9, 2023.

WHEREFORE, the parties respectfully request that the Court grant a continuance of the Motion to Dismiss hearing until September 18, 2023.

|  |  |
|---|---|
| Dated: July 26, 2023 | Respectfully submitted, |
|  | **O'MELVENY & MYERS LLP** |
|  | */s/ Geoffrey H. Yost* ** |
|  | Geoffrey H. Yost (S.B. #159687) |
|  | L. Nicole Allan (S.B. #323506) |
|  | **KIDS IN NEED OF DEFENSE (KIND)** |
|  | */s/ Wendy Wylegala* |
|  | Wendy Wylegala* |
|  | Attorneys for Plaintiffs |

\* Admitted *pro hac vice*
\*\* Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| 1 | Dated: July 26, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | E. Martin Estrada<br>United States Attorney |
| 4 | | |
| 5 | | David M. Harris<br>Assistant United States Attorney<br>Chief, Civil Division |
| 6 | | |
| 7 | | Joanne S. Osinoff<br>Assistant United States Attorney<br>Chief, Complex and Defensive Litigation Section |

         /s/ *Matthew J. Smock*
        Matthew J. Smock (S.B. # 293542)
        Assistant United States Attorney

        Attorneys for Defendant