# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| M.A.N.H., individually and as parent and next friend of his minor child, E.B.N.A., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. EDCV 5:23-cv-00372-JGB-KK <br><br> **ORDER** |

The Court, having reviewed the parties' Stipulation for Continuance of Hearing on Defendant's Motion to Dismiss, and good cause appearing therefor, HEREBY ORDERS that the hearing on Defendant's Motion to Dismiss is continued to September 18, 2023, at 9:00 a.m.

Dated: August 14, 2023

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1