1  Geoffrey H. Yost (S.B. #159687)
2  gyost@omm.com
   L. Nicole Allan (S.B. #323506)
3  nallan@omm.com
4  **O'MELVENY & MYERS LLP**
   Two Embarcadero Center, 28th Floor
5  San Francisco, CA 94111-3823
6  Telephone: 415-984-8724

7  Wendy Wylegala*
   wwylegala@supportkind.org
8  **KIDS IN NEED OF DEFENSE**
9  252 West 37th Street, Floor 15
   New York, NY 10018
10 Telephone: 646-970-2913

11
12 Attorneys for Plaintiffs
   [*_Admitted pro hac vice_]
13

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| M.A.N.H., individually and as parent and next friend of his minor child, E.B.N.A., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. CV 5:23-cv-00372-JGB-KK <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> Hon. Jesus G. Bernal <br> United States District Judge |

NOTICE OF SUPPLEMENTAL AUTHORITY ISO OPPOSITION TO MOTION TO DISMISS

1    Plaintiffs M.A.N.H. and E.B.N.A. respectfully submit this Notice of Supplemental
2 Authority in support of their opposition to defendant United States' pending Motion to
3 Dismiss. *See* ECF No. 46 (Plaintiffs' opposition); ECF No. 38 (United States' motion).
4    On August 15, 2023, after briefing on the United States' motion was completed,
5 the United States District Court for the District of New Jersey issued an order resolving
6 motions to dismiss in three consolidated family-separation cases. *B.Y.C.C. v. United*
7 *States*, No. 3:22-cv-06586-MAS-DEA, 2023 WL 5237147 (D.N.J. Aug. 15, 2023)
8 (attached as **Exhibit A**). Relevant to Plaintiffs' opposition to the United States' pending
9 motion, the court held that the plaintiffs' claims were not barred by the discretionary-
10 function, due-care, or independent-contractor exceptions to the Federal Tort Claims Act
11 ("FTCA"). *Id.* at *5-7, 9. The court also held that the plaintiffs had not alleged systemic
12 torts and had plausibly pleaded claims for intentional infliction of emotional distress
13 ("IIED"), negligence, and abuse of process under Texas law. *Id.* at *8, 10-13, 14-15.
14    On August 17, 2023, the United States District Court for the District of
15 Connecticut issued an order resolving the government's motion to dismiss in another
16 family-separation case. *Flores Benitez v. Miller*, No. 3:22-cv-00884-JCH, 2023 WL
17 5290855 (D. Ct. Aug. 17, 2023) (attached as **Exhibit B**). Relevant to Plaintiffs'
18 opposition to the United States' pending motion, the court held that the plaintiffs' claims
19 were not barred by the FTCA's discretionary-function, due-care, misrepresentation, or
20 independent-contractor exceptions. *Id.* at *11-16. The court also held that the plaintiffs
21 had not alleged systemic torts and had plausibly pleaded a negligence claim under Texas
22 law. *Id.* at *16-17, 21. Lastly, the court found a private analogue in Texas law for the
23 plaintiffs' IIED claim. *Id.* at *17-19.

NOTICE OF SUPPLEMENTAL AUTHORITY ISO OPPOSITION TO MOTION TO DISMISS

Dated: September 14, 2023

Respectfully submitted,

**O'MELVENY & MYERS LLP**

 /s/ *Geoffrey H. Yost*
Geoffrey H. Yost (S.B. #159687)
L. Nicole Allan (S.B. #323506)

**KIDS IN NEED OF DEFENSE (KIND)**

 /s/ *Wendy Wylegala*
Wendy Wylegala*

Attorneys for Plaintiffs

\* Admitted *pro hac vice*

ATTESTATION

Pursuant to L.R. 5-4.3.4., I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized its filing.

Dated: September 14, 2023

 /s/ *Geoffrey H. Yost*
Geoffrey H. Yost
**O'MELVENY & MYERS LLP**