UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| M.A.N.H., individually and as parent and next friend of his minor child, E.B.N.A.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. CV 5:23-cv-00372-JGB-KK<br><br>**ORDER** |

1  The Court, having reviewed the parties' Stipulation to Extend Time to File
2  Answer to Complaint, and good cause appearing therefor, HEREBY ORDERS that
3  Defendant's deadline to answer the Complaint is extended from October 6, 2023, to
4  October 16, 2023.

Dated: October 16, 2023

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1