Geoffrey H. Yost (S.B. #159687)
gyost@omm.com
L. Nicole Allan (S.B. #323506)
nallan@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: 415-984-8724

Wendy Wylegala*
wwylegala@supportkind.org
**KIDS IN NEED OF DEFENSE**
252 West 37th Street, Floor 15
New York, NY 10018
Telephone: 646-970-2913

*Attorneys for Plaintiffs*
[*Additional counsel listed on signature pages*]
[**Admitted pro hac vice*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.N.H., individually and as parent and next friend of his minor child, E.B.N.A.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 5:23-CV-00372<br><br>**NOTICE OF SETTLEMENT**<br><br>[PROPOSED] ORDER |

1  TO THE COURT: PLEASE TAKE NOTICE THAT the parties have reached a settlement in principle to fully and finally resolve Plaintiffs' claims against Defendant, conditioned on court approval of the settlement on behalf of Plaintiff E.B.N.A., a minor, and approval by the Attorney General of the United States or his designee.

The parties are in the process of promptly documenting their settlement and will notify the Court when that is complete and regarding an appropriate procedure for approval of the settlement on behalf of Plaintiff E.B.N.A., a minor. Following court approval of the settlement on behalf of Plaintiff E.B.N.A., a minor, undersigned counsel for the United States will need to obtain final approval of the settlement from the Attorney General or his designee. Following Attorney General approval, disposition documents can be fully executed and payments can be made. The parties anticipate that the above processes will take a few months to complete, after which time the parties will file dismissals with prejudice.

In light of the conditional settlement in principle, the parties respectfully request that the Court vacate the February 26, 2024 scheduling conference and all deadlines.

A proposed order consistent with this request is attached hereto.

| | |
|---|---|
| Dated: February 6, 2024 | **O'MELVENY & MYERS LLP** |
| | By: /s/ *Geoffrey H. Yost*\*\*<br>Geoffrey H. Yost (S.B. #159687)<br>L. Nicole Allan (S.B. #323506)<br>Taylor S. Simeone (S.B. #327313)<br>Monsura A. Sirajee (S.B. #320704)<br>Emily Murphy\*<br>Hye-Jin Kim (S.B. #341948) |
| Dated: February 6, 2024 | **KIDS IN NEED OF DEFENSE (KIND)** |
| | By: /s/ *Wendy Wylegala*<br>Wendy Wylegala\*<br>John Travis (S.B. #348813) |
| | *Attorneys for Plaintiffs M.A.N.H. and E.B.N.A., a minor child* |

\**Admitted pro hac vice*
\*\* Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 6, 2024

E. Martin Estrada
United States Attorney

David M. Harris
Assistant United States Attorney
Chief, Civil Division

Joanne S. Osinoff
Assistant United States Attorney
Chief, Complex and Defensive
Litigation Section

　/s/  *Matthew J. Smock*　
Matthew J. Smock (S.B. # 293542)
Assistant United States Attorney

*Attorneys for Defendant*

- 4 -

NOTICE OF SETTLEMENT
CASE NO. 5:23-CV-00372