1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

13  M.A.N.H., individually and as parent and next friend of his minor child, E.B.N.A.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No.  5:23-CV-00372

**ORDER GRANTING PETITION FOR APPROVAL OF MINOR'S COMPROMISE**

Plaintiff M.A.N.H. ("Petitioner"), father and next friend of his minor child E.B.N.A. (hereinafter "Esteffany" or "Claimant"), submitted a petition for approval of the compromise of Esteffany's claims and the distribution of the settlement in this matter ("Petition," Dkt. No. 63).

Petitioner seeks approval of a settlement amount totaling $270,000, with $170,000 allocated to Claimant and the remaining $100,000 allocated to Petitioner. No fees or expenses will be deducted from Claimant's portion of the settlement. Petitioner proposes that the settlement funds for Claimant be deposited into Claimant's attorneys' trust account, and then Claimant's attorneys will deposit Claimant's settlement funds into an interest-bearing, federally insured blocked account at Chase Bank. This account would belong to Esteffany. Esteffany will receive these funds once she reached the age of eighteen.

The Court, having reviewed the Petition, the declarations in support thereof, and attachments, finds that the compromise and terms of the settlement as set forth in the Petition are fair, reasonable, and in the best interests of minor Esteffany. Having approved the compromise and settlement terms, the Court **GRANTS** the Petition.

The Court accordingly **HEREBY ORDERS** that:

i. The $170,000 owed to Claimant shall be deposited into O'Melveny & Myers LLP's firm trust account.

ii. O'Melveny & Myers shall then deposit the $170,000 owed to Claimant in an interest-bearing, federally insured blocked account. The account shall state the name of the minor who owns the account.

iii. The blocked account belongs to minor Claimant, Esteffany. No withdrawals of principal or interest may be made from the blocked account without a further written order under this case name and number or by and through the Probate Courts of the State of California, signed by a judicial officer, and bearing the seal of this

|  |  |  |
|---|---|---|
| 1 |  | Court or the seal of the Probate Courts of the State of California, until |
| 2 |  | the minor attains the age of 18 years, at which time the depository, |
| 3 |  | without further order from the Court, is authorized and directed to pay |
| 4 |  | by check or draft directly to the former minor, upon proper demand, all |
| 5 |  | moneys including interest deposited under this order. The money on |
| 6 |  | deposit is not subject to escheat. |
| 7 | iv. | The Petitioner and Petitioner's attorneys shall deliver a copy of this |
| 8 |  | order to the depository in which funds are deposited under this Order. |
| 9 |  | The depository's acknowledgment of receipt of the order and the funds |
| 10 |  | shall be filed with this Court within 15 days of deposit. |
| 11 | v. | Upon full satisfaction of the terms above, the parties shall file a |
| 12 |  | stipulation to dismiss the action with prejudice pursuant to Fed. R. Civ. |
| 13 |  | P. 41(a). |
| 14 | vi. | In the event that the settlement is not finalized by July 1, 2024 and the |
| 15 |  | parties require this case to be reopened, the parties shall file a motion |
| 16 |  | to reopen at that time. Accordingly, the Court **DENIES** Plaintiffs' |
| 17 |  | motion to reopen (Dkt. No. 64). |

Dated: 04/01/2024

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT COURT