

Guardianship Review
P.O. Box 659749
San Antonio, Texas 78258

## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CA

IN THE MATTER OF E.B.N.A., a minor / person

CASE/FILE NO: 5:23-CV-00372

### VERIFICATION OF RECEIPT AND DEPOSIT



Pursuant to Court order, the balance of $0.00 is on deposited with JP Morgan Chase Bank, N.A. Member FDIC

as of the 1ST day of JUNE, 2024, as evidenced by ☐ Checking/ ☑ Savings/ ☐ Certificate of Deposit

Account Number XXXXXX7981.

This account is held solely in the name of

E B N A UNDER COURT ORDER
04/01/2024 CASE NO 5 23 CV 00372
NO WD WO COURT ORDER

☒ By accepting this deposit for the minor / person, this institution agrees that this deposit, together with all accumulated interest, shall be held and no part thereof released until the minor attains the age of majority or upon further order of this court.

Or

☐ This account is an unrestricted account.

JP Morgan Chase Bank, N.A. Member FDIC
Financial Institution

_____
Authorized Officer
As Attorney in Fact for
JP Morgan Chase Bank, N.A. Member FDIC

BRANDON MASON, ACCOUNT SPECIALIST III
Typed or Printed Name, Title

210-489-8713
Telephone Number

6/1/2024
Date

Rev. 07 Apr 2014, DO



