**JS-6**

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| M.A.N.H., individually and as parent and next friend of his minor child, E.B.N.A., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. CV 5:23-cv-00372-JGB-SHK <br><br> **ORDER** |

The Court, having reviewed the parties' Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), HEREBY ORDERS that this action is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties shall bear their own costs, fees, and expenses.

Dated: July 17, 2024

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE